**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Phillip Karl PRESCOTT, Defendant–Appellant.**

**No. 10–11093**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 27, 2010.

Judy K. Hunt, A. Brian Albritton, Colleen D. Murphy–Davis, David Paul

---

Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Donna Lee Elm, A. Fitzgerald Hall, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Phillip Karl Prescott, Perry, FL, pro se.

Before BLACK, MARTIN and FAY, Circuit Judges.

PER CURIAM:

A. Fitzgerald Hall, appointed counsel for Phillip Karl Prescott, has filed a motion to withdraw from further representation on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Prescott's convictions and sentences are **AFFIRMED.**